**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

_____ (State)

Case number (*If known*): _____ Chapter _7___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | GJY Property Investment, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | None |

3. **Debtor's federal Employer Identification Number (EIN)**    8 2 _ 3 8 7 2 6 5 1

4. **Debtor's address**

**Principal place of business**

942    S. Bronson Avenue
Number    Street

_____

Los Angeles          CA      90019
City                State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City          State      ZIP Code

**Location of principal assets, if different from principal place of business**
1324 S. Westlake Avenue
Number    Street

Los Angeles          CA      90005
City                State    ZIP Code

5. **Debtor's website (URL)**    _____

Debtor    GJY Property Investment, LLC
       Name                         Case number *(if known)*_____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    GJY Property Investment, LLC        Case number (if known) _____
     Name

| | | |
|---|---|---|

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                     MM / DD / YYYY

             District _____   When _____   Case number _____
                                       MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

            District _____   When _____
                                               MM / DD / YYYY

            Case number, if known _____

**11.** **Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       **Why does the property need immediate attention?** *(Check all that apply.)*

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

            What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?** _____
                              Number      Street

                              _____

                              City _____    State ZIP Code

       **Is the property insured?**

       ☐ No

       ☐ Yes. Insurance agency _____

                  Contact name _____

                  Phone _____

---

     **Statistical and administrative information**

| Debtor | GJY Property Investment, LLC | Case number (if known) |
| --- | --- | --- |
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 18 / 2023
        MM / DD / YYYY

✗ _[signature]_                          Yun Young Kwag
Signature of authorized representative of debtor          Printed name

Title  Member

Debtor      GJY Property Investment, LLC                                Case number *(if known)*_____
            Name

**18. Signature of attorney**       ✗ _____      Date  08 / 18 / 2023
                                      Signature of attorney for debtor            MM  / DD  / YYYY

                              Dale J. Park
                              Printed name
                              Law Offices of Dale J. Park
                              Firm name
                              3333 Wilshire Blvd., #320
                              Number      Street
                              Los Angeles                                CA      90010
                              City                                        State    ZIP Code

                              (213) 389-5900                              daleparklawyer@gmail.com
                              Contact phone                               Email address


                              136158                                      CA
                              Bar number                                  State

MEMBERS' RESOLUTIONS WITHOUT SPECIAL MEETING
OF
GJY PROPERTY INVESTMENT, LLC

July 26, 2023

The following resolutions are made in lieu of special meeting and the undersigned hereby waive notice of meeting and consent to all of the following resolutions taken without meeting.

1.    FILING OF CHAPTER 7 BANKRUPTCY

IT WAS DETERMINED that it is in the best interest of the Company to file a Chapter 7 bankruptcy as soon as practicable.

RESOLVED, that the Company shall file a Chapter 7 bankruptcy as soon as practicable.

RESOLVED further, that Yun Young Kwag is hereby authorized, empowered and directed to take any and all steps in connection with carrying the foregoing resolutions into effect and to execute all documents (including bankruptcy petition papers) on behalf of the Company.


Yun Young Kwag, Member


Chung Ja Kim, Member

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Dale J. Park (SBN 136158)
3333 Wilshire Blvd., #320
Los Angeles, CA 90010

TEL: (213) 389-5900
Email: daleparklawyer@gmail.com

☒ *Attorney for:*  Debtor GJY Property Investment, LLC

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

GJY Property Investment, LLC

                                                    Debtor(s).

                                                    Plaintiff(s),

                                                    Defendant(s).

CASE NO.:

ADVERSARY NO.:

CHAPTER: 7

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.    A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* Yun Young Kwag _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____
_____
_____

[For additional names, attach an addendum to this form.]

b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: _08/18/2023_                       By: _____
                                                       Signature of Debtor, or attorney for Debtor

Name:  Yun Young Kwag_____
                       Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                       Page 2                       **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles_____ , California

Date:  _08/18/2023_

Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name  GJY Property Investment, LLC

United States Bankruptcy Court for the: Central_____ District of California
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ....................................................................   $ _____550,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................................   $ _____59,100.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................   $ _____609,100.00

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................   $ _____750,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................   $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................   + $ _____3,250,000.00

4. **Total liabilities**...............................................................................................   $ ____4,000,000.00
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___GJY Property Investment, LLC___

United States Bankruptcy Court for the: ___Central___ District of ___California___
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ❑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand**                                                                            $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. CBB Bank | checking | 4 8 1 5 | $_____100.00 |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____0.00 |
| --- | --- |
| 4.2. _____ | $_____0.00 |

5. **Total of Part 1**                                                                          $_____100.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ❑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $_____0.00 |
| --- | --- |
| 7.2. _____ | $_____0.00 |

Debtor   GJY Property Investment, LLC                           Case number (if known)_____
_____
        Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____0.00

   8.2._____   $_____0.00

**9. Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____0.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

**11. Accounts receivable**

   11a. 90 days old or less:   9,000.00          –   uncollectible_____   = ........ →   $_____0.00
                               face amount             doubtful or uncollectible accounts

   11b. Over 90 days old:     50,000.00          –   uncollectible_____   = ........ →   $_____0.00
                               face amount             doubtful or uncollectible accounts

**12. Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____0.00

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                        Valuation method        Current value of debtor's
                                        used for current value   interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1._____   _____   $_____0.00

   14.2._____   _____   $_____0.00

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                        % of ownership:

   15.1._____   _____%   _____   $_____0.00

   15.2._____   _____%   _____   $_____0.00

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____   _____   $_____0.00

   16.2._____   _____   $_____0.00

**17. Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.                       $_____0.00

---

Debtor    GJY Property Investment, LLC
_____
Name

Case number (if known)_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $          0.00 |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $          0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $          0.00 |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $          0.00 |

23. **Total of Part 5**                    ✔                    $          0.00

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $          0.00 |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $          0.00 |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $          0.00 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $          0.00 |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $          0.00 |

Debtor    GJY Property Investment, LLC
         _____        Case number (if known) _____
         Name

33. **Total of Part 6.**                                                                    $_____0.00
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------------|------------------------|------------------------|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____0.00 |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____0.00 |
| 42.2 _____ | $_____ | _____ | $_____0.00 |
| 42.3 _____ | $_____ | _____ | $_____0.00 |

43. **Total of Part 7.**                                                                    $_____0.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    GJY Property Investment, LLC
                  Name
Case number (if known) _____

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ 0.00 |
| 47.2 _____ | $ _____ | _____ | $ 0.00 |
| 47.3 _____ | $ _____ | _____ | $ 0.00 |
| 47.4 _____ | $ _____ | _____ | $ 0.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ 0.00 |
| 48.2 _____ | $ _____ | _____ | $ 0.00 |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ 0.00 |
| 49.2 _____ | $ _____ | _____ | $ 0.00 |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ 0.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  GJY Property Investment, LLC
_____
Name

Case number (if known)_____

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 apartment building at | 100% own | $1,300,000.00 | comparable | $ 550,000.00 |
| 55.2 1324 S. Westlake Ave | | $ | | $ |
| 55.3 LA, CA 90005 | | $ | | $ |
| 55.4 APN: 5135 004 002 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ 550,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ 0.00 |
| 61. **Internet domain names and websites** | $ | | $ 0.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ 0.00 |
| 64. **Other intangibles, or intellectual property** | $ | | $ 0.00 |
| 65. **Goodwill** | $ | | $ 0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.    $ 0.00

Debtor _____GJY Property Investment, LLC_____    Case number (if known)_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____  _____ − _____ = → $_____0.00
                                 Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____0.00
_____    Tax year _____  $_____0.00
_____    Tax year _____  $_____0.00

73. **Interests in insurance policies or annuities**

_____

$_____0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

$_____0.00

Nature of claim    _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____

$_____59,000.00

Nature of claim    __unpaid rents_____
Amount requested   $__59,000.00

76. **Trusts, equitable or future interests in property**

_____

$_____0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

$_____0.00
$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____59,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | GJY Property Investment, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 100.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..... ➔ | | $ 550,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 59,100.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .....91a. | $ 59,100.00 | + 91b. $ 550,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..... | | $ 609,100.00 |

**Fill in this information to identify the case:**

Debtor name __GJY Property Investment, LLC__

United States Bankruptcy Court for the: __Central__                District of __CA__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
__Axos Bank__

Creditor's mailing address

__4350 La Jolla Village Dr., Suite 140__
__San Diego, CA 92122__

Creditor's email address, if known
__dsheaman@axosbank.com__

Date debt was incurred   __03/12/2020__
Last 4 digits of account
number      __1  0  6  5__

Do multiple creditors have an interest in the
same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,
and its relative priority.

_____
_____

Describe debtor's property that is subject to a lien
__apartment building at 1324 S. Westlake__
__Avenue, Los Angeles, CA 90006__
_____

Describe the lien
__purchase money loan__
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: $ __750,000.00__     Column B: $ __1,300,000.00__

**2.2** Creditor's name
_____

Creditor's mailing address

_____
_____

Creditor's email address, if known
_____

Date debt was incurred   _____
Last 4 digits of account
number      __ __ __ __

Do multiple creditors have an interest in the
same property?
☐ No
☐ Yes. Have you already specified the relative
priority?
    ☐ No. Specify each creditor, including this
    creditor, and its relative priority.
    _____

    ☐ Yes. The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ _____     Column B: $ _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ __750,000.00__

**Fill in this information to identify the case:**

Debtor    GJY Property Investment, LLC

United States Bankruptcy Court for the: Central    District of CA
(State)

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $_____ *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| Date or dates debt was incurred _____ | Basis for the claim: _____ | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | | | |

Debtor    GJY Property Investment, LLC
          _____          Case number (if known) _____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Andrew Miller

9454 Wilshire Bl., Penthouse Suite

Beverly Hills, CA 90212

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred    03/14/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

**3.2** Nonpriority creditor's name and mailing address

Craig Calman

1324 S. Westlake Avenue #5

Los Angeles, CA 90005

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred    03/14/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Erik Kitter

9454 Wilshire Bl., Penthouse Suite

Beverly Hills, CA 90212

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred    03/14/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

**3.4** Nonpriority creditor's name and mailing address

John Watts

1324 S. Westlake Avenue, #8
Los Angeles, CA 90005

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred    03/14/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

**3.5** Nonpriority creditor's name and mailing address

Jonathan Smith
1324 S. Westlake Avenue #7

Los Angeles, CA 90005

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred    03/14/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

**3.6** Nonpriority creditor's name and mailing address

Mark Stokes

9454 Wilshire Bl., Penthouse Suite

Beverly Hills, CA 90212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred    03/14/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

| Debtor | GJY Property Investment, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address

Nathaniel Gardner

9454 Wilshire Bl., Penthouse Suite

Beverly Hills, CA 90212

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred     03/14/2019

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Nick Hartstein

1324 S. Westlake Avenue, #10

Los Angeles, CA 90005

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: uninhabitability

$ 400,000.00

Date or dates debt was incurred     03/14/2019

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Small Business Administration

312 N. Spring Street

Los Angeles, CA 90012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: EIDL

$ 50,000.00

Date or dates debt was incurred     04/30/2021

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    GJY Property Investment, LLC
           Name                                                          Case number (if known)

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | The Tenants Law Firm<br><br>9454 Wilshire Bl., Penthouse Suite<br>Beverly Hills, CA 90212 | Line 3.1-3.8<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____GJY Property Investment, LLC_____    Case number (if known)_____
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $_____0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____3,250,000.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____3,250,000.00 |

**Fill in this information to identify the case:**

Debtor name  GJY Property Investment, LLC

United States Bankruptcy Court for the: Central _____ District of CA _____
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | lease for apartment tenants #2 | Douglas Vaquerana |
| | State the term remaining | month-to-month | 1324 S. Westlake Avenue, #2 Los Angeles, CA 90005 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | lease for apartment tenants #3 | Wilfredo Rodriguez |
| | State the term remaining | month-to-month | 1324 S. Westlake Avenue, #3 Los Angeles, CA 90005 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | lease for apartment tenants #5 | Craig Calman |
| | State the term remaining | month-to-month | 1324 S. Westlake Avenue, #5 Los Angeles, CA 90005 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | lease for apartment tenants #7 | Jonathan Smith |
| | State the term remaining | month-to-month | 1324 S. Westlake Avenue, #7 Los Angeles, CA 90005 |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | lease for apartment tenants #8 | John Watts |
| | State the term remaining | month-to-month | 1324 S. Westlake Avenue, #8 Los Angeles, CA 90005 |
| | List the contract number of any government contract | | |

Debtor    GJY Property Investment, LLC
          _____
          Name                                              Case number (if known)_____

██  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._
State what the contract or lease is for and the nature of the debtor's interest — lease for apartment tenants #10

State the term remaining — month-to-month

List the contract number of any government contract

Nick Hartstein

1324 S. Westlake Avenue, #10
Los Angeles, CA 90005

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name __GJY Property Investment, LLC__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | Keum Nam Chang | 1025 S. Westlake Avenue <br>Street <br><br> Los Angeles    CA    90006 <br>City      State     ZIP Code | Andrew Miller | ☐ D <br>☑ E/F <br>☐ G |
| 2.2 | Keum Nam Chang | 1025 S. Westlake Avenue <br>Street <br><br> Los Angeles    CA    90006 <br>City      State     ZIP Code | Craig Calman | ☐ D <br>☑ E/F <br>☐ G |
| 2.3 | Keum Nam Chang | 1025 S. Westlake Avenue <br>Street <br><br> Los Angeles    CA    90006 <br>City      State     ZIP Code | John Watts | ☐ D <br>☑ E/F <br>☐ G |
| 2.4 | Keum Nam Chang | 1025 S. Westlake Avenue <br>Street <br><br> Los Angeles    CA    90006 <br>City      State     ZIP Code | Jonathan Smith | ☐ D <br>☑ E/F <br>☐ G |
| 2.5 | Keum Nam Chang | 1025 S. Westlake Avenue <br>Street <br><br> Los Angeles    CA    90006 <br>City      State     ZIP Code | Mark Stokes | ☐ D <br>☑ E/F <br>☐ G |
| 2.6 | Keum Nam Chang | 1025 S. Westlake Avenue <br>Street <br><br> City      State     ZIP Code | Erik Kitter | ☐ D <br>☑ E/F <br>☐ G |

Debtor    GJY Property Investment, LLC
_____
        Name

Case number (if known)_____

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                      Column 2: **Creditor**

| Name | Mailing address | Name | Check all schedules that apply: |
|------|-----------------|------|----------------------------------|
| 2.— Keum Nam Chang | 1025 S. Westlake Avenue<br>Street<br><br>Los Angeles    CA    90006<br>City    State    ZIP Code | Nathaniel Gardner | ☐ D<br>☑ E/F<br>☐ G |
| 2.— Keum Nam Chang | 1025 S. Westlake Avenue<br>Street<br><br>Los Angeles    CA    90006<br>City    State    ZIP Code | Nick Hartstein | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  GJY Property Investment, LLC

United States Bankruptcy Court for the: _____  District of _____
                                                                                    (State)

Case number (*if known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 18 / 2023          ✗  _____
                MM / DD / YYYY                           Signature of individual signing on behalf of debtor

                                                          Yun Young Kwag
                                                          Printed name

                                                          Member
                                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  GJY Property Investment, LLC

United States Bankruptcy Court for the:  Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023<br>MM / DD / YYYY  to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ 5,340.00 |
| For prior year: | From 01/01/2022<br>MM / DD / YYYY  to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 23,232.00 |
| For the year before that: | From 01/01/2021<br>MM / DD / YYYY  to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 12,628.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY  to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor  GJY Property Investment, LLC                                Case number (if known)_____
        Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | _____ | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | _____ | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | _____ | | ☐ Services |
| | City          State     ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | $_____ | |
| | Insider's name | _____ | | |
| | Street | _____ | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | | | $_____ | |
| | Insider's name | _____ | | |
| | Street | _____ | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

Debtor    GJY Property Investment, LLC
_____
Name

Case number (if known)_____

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

| Part 3: | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Kitter v. Keum Nam Chang | claim for uninhabitability | Los Angeles Superior Court | ☑ Pending |
| | | | Name 111 N. Hill Street | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | 19STCV08965 | | Los Angeles     CA      90012 | |
| | | | City       State    ZIP Code | |
| 7.2. | **Case title** See attached for related case | claim for uninhabitability | Court or agency's name and address Los Angeles Superior Court | ☑ Pending |
| | | | Name 111 N. Hill Street | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | Los Angeles     CA      90012 | |
| | | | City       State    ZIP Code | |

7.2    ATTACHMENT

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 19STCV08965
ERIK KITTER, ET AL. VS KEUM NAM CHANG, ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 03/14/2019
**Case Type:** Other Real Property (not eminent domain, landlord/tenant, foreclosure) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

Related: 21STCV08940 on 08/05/2021

Related: 21STCV08972 on 08/05/2021

Related: 21STCV28360 on 03/02/2022

Related: 21STCV28360 on 03/02/2022

Consolidation: 21STCV08940 on 03/02/2022

Related: 21STCV28371 on 03/02/2022

Consolidation: 21STCV08972 on 03/02/2022

Related: 21STCV28371 on 03/02/2022

Related: 21STCV28371 on 03/02/2022

Related: 21STCV28360 on 03/02/2022

Related: 21STCV08972 on 04/14/2022

Related: 21STCV08972 on 04/14/2022

Related: 21STCV08972 on 04/14/2022

Related: 21STCV08972 on 04/14/2022

Related: 21STCV28360 on 04/14/2022

Related: 21STCV28360 on 04/14/2022

Related: 21STCV28360 on 04/14/2022

Related: 21STCV28360 on 04/14/2022

Related: 21STCV28360 on 04/14/2022

Related: 21STCV28360 on 04/14/2022

Related: 21STCV28438 on 04/14/2022

Related: 21STCV28371 on 04/14/2022

Related: 21STCV28371 on 04/14/2022

Related: 21STCV28371 on 04/14/2022

Related: 21STCV28371 on 04/14/2022

Related: 21STCV28371 on 04/14/2022

Related: 21STCV28371 on 04/14/2022

Related: 21STCV28371 on 04/14/2022

Related: 21STCV08972 on 04/14/2022

Related: 21STCV08972 on 04/14/2022

Related: 21STCV08972 on 04/14/2022

Related: 21STCV08940 on 04/14/2022

Related: 21STCV08940 on 04/14/2022

Related: 21STCV08940 on 04/14/2022

Related: 21STCV08940 on 04/14/2022

Related: 21STCV08940 on 04/14/2022

Related: 21STCV08940 on 04/14/2022

Related: 21STCV08940 on 04/14/2022

Related: 21STCV28360 on 04/14/2022

Related: 21STCV28438 on 04/14/2022

Related: 21STCV28438 on 04/14/2022

Related: 21STCV28381 on 04/14/2022

Related: 21STCV28381 on 04/14/2022

Related: 21STCV28381 on 04/14/2022

Related: 21STCV28381 on 04/14/2022

Related: 21STCV28381 on 04/14/2022

Related: 21STCV28381 on 04/14/2022

Related: 21STCV28381 on 04/14/2022

Related: 21STCV28438 on 04/14/2022

Related: 21STCV28438 on 04/14/2022

Related: 21STCV28438 on 04/14/2022

Related: 21STCV28438 on 04/14/2022

Consolidation: 21STCV28381 on 06/29/2022

Consolidation: 21STCV28438 on 06/29/2022

Consolidation: 21STCV28371 on 06/29/2022

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings
Held

**02/23/2024** at 08:30 AM in Department 56 at 111 North Hill Street, Los Angeles, CA 90012
Hearing on Motion for Summary Judgment

**03/25/2024** at 08:30 AM in Department 56 at 111 North Hill Street, Los Angeles, CA 90012
Final Status Conference

**04/08/2024** at 09:30 AM in Department 56 at 111 North Hill Street, Los Angeles, CA 90012
Jury Trial

Debtor  GJY Property Investment, LLC
_____
Name

Case number (if known)_____

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City    State    ZIP Code | | Street |
| | Date of order or assignment | City    State    ZIP Code |

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | | $_____ |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| 9.2. | Recipient's name | | | $_____ |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

Debtor ___GJY Property Investment, LLC_____   Case number _(if known)_____
         Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Dale J. Park | | 07/26/2023 | $ 2,500.00 |
| | **Address** | | | |
| | 3333 WilShire Bl., #320 | | | |
| | Street | | | |
| | Los Angeles        CA        90010 | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | daleparklawyer@gmail.com | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City        State        ZIP Code | | | |
| | **Email or website address** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor    GJY Property Investment, LLC
_____
Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| **Address** _____ | _____ | | |
| Street _____ | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** _____ | | | |
| Who received transfer? | | | |
| 13.2. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| Street _____ | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. 1324 S. Westlake Avenue | From 01/04/2018  To 07/01/2023 |
| Street | |
| Los Angeles          CA     90005 | |
| City          State     ZIP Code | |
| 14.2. _____ | From _____  To _____ |
| Street | |
| _____ | |
| City          State     ZIP Code | |

Debtor    GJY Property Investment, LLC
_____    Case number (if known)_____
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | Check all that apply: |
| _____ City        State        ZIP Code | _____ | ☐ Electronically ☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| | _____ | Check all that apply: |
| _____ City        State        ZIP Code | _____ | ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor  GJY Property Investment, LLC _____  Case number (if known) _____
        Name

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial Institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____ <br> Street _____ <br> City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |
| 18.2. | Name _____ <br> Street _____ <br> City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> City    State    ZIP Code | _____ <br> _____ <br> Address _____ <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br> Street _____ <br> City    State    ZIP Code | _____ <br> _____ <br> Address _____ <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

---

Debtor    GJY Property Investment, LLC
          _____
          Name

Case number (if known)_____

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor   GJY Property Investment, LLC
        _____
        Name

Case number (if known)_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | GJY Proeprty Investment, LLC<br>Name<br><br>1324 S. Westlake Avenue<br>Street<br>Los Angeles   CA   90006<br>City    State    ZIP Code | apartment rental | EIN: 8 2 – 3 8 7 2 6 5 1<br>Dates business existed<br><br>From 01/04/2018  To  present |
| 25.2. | Business name and address<br>Name<br>Street<br>City    State    ZIP Code | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br><br>From _____  To _____ |
| 25.3. | Business name and address<br>Name<br>Street<br>City    State    ZIP Code | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br><br>From _____  To _____ |

Debtor    GJY Property Investment, LLC _____    Case number (if known) _____
          Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.1. | Name | | From _____ To _____ |
| | Street | | |
| | City | State | ZIP Code |

| Name and address | | | Dates of service |
|---|---|---|---|
| 26a.2. | Name | | From _____ To _____ |
| | Street | | |
| | City | State | ZIP Code |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address** — Dates of service

26b.1. Ruby V. Mendoza
Name
2140 W.Olympic Bl., #205
Street

| Los Angeles | CA | 90006 |
|---|---|---|
| City | State | ZIP Code |

From 04/01/2022  To 04/04/2022

**Name and address** — Dates of service

26b.2. Moo W. Lee
Name
2621 W.Olympic Bl., #206
Street

| Los Angeles | CA | 90006 |
|---|---|---|
| City | State | ZIP Code |

From 05/10/2021  To 05/13/2021

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. | Name | | |
| | Street | | |
| | City | State | ZIP Code |

Debtor   GJY Property Investment, LLC                                    Case number (if known) _____
         Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
| | Street _____ | _____ |
| | City _____ State _____ ZIP Code _____ | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Name and address

| 26d.1. | Name _____ |
|---|---|
| | Street _____ |
| | City _____ State _____ ZIP Code _____ |

Name and address

| 26d.2. | Name _____ |
|---|---|
| | Street _____ |
| | City _____ State _____ ZIP Code _____ |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

| 27.1. | Name _____ |
|---|---|
| | Street _____ |
| | City _____ State _____ ZIP Code _____ |

Debtor    GJY Property Investment, LLC
Name
Case number (if known)

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.2.
Name
Street
City                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chung Ja Kim | 333 S. Western Avenue, LA, CA 90020 | member | 50% |
| Yun Young Kwag | 9424 S. Bronson Avnue,LA, CA 90019 | member | 50% |
| Jae K. Kim | 333 S. Western Avenue, LA, CA 90020 | CEO | 0% |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name | | | |
| Street | | | |
| City            State       ZIP Code | | | |
| Relationship to debtor | | | |

Debtor    GJY Property Investment, LLC
_____    Case number (if known) _____
    Name

**Name and address of recipient**

30.2

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent
                                                   corporation

_____    EIN: __ __ - __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

_____    EIN: __ __ - __ __ __ __ __ __ __

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/18/2023
             MM / DD / YYYY

✗ _____    Printed name  Yun Young Kwag
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**In re**

　　JGY Proeprty Investment, LLC　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Chapter 7 _____

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____2,500.00

　　Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $_____2,500.00

　　Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0

2.　The source of the compensation paid to me was:

　　　☑ Debtor　　　　　☐ Other (specify)

3.　The source of compensation to be paid to me is:

　　　☑ Debtor　　　　　☐ Other (specify)

4.　☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.　In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a.　Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

　　b.　Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

　　c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

~~d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Representation of the debtor in adversary proceedings and other contested bankruptcy matters

    Representation of the debtor in proceedings relating to relief from stay

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08 / 18 / 2023
_Date_

_Signature of Attorney_

Law Offices of Dale J. Park
_Name of law firm_

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Dale J. Park (SBN 136158)<br>3333 Wilshire Blvd., #320<br>Los Angeles, CA 90010<br><br>TEL: (213) 389-5900<br>Email: daleparklawyer@gmail.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ▼

| In re:<br><br>JGY Proeprty Investment, LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER:<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of <u>2</u> sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: <u>08/18/2023</u>

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: <u>08/18/ 2023</u>

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                        F 1007-1.MAILING.LIST.VERIFICATION

Andrew Miller
9454 Wilshire Bl. Penthouse Suite
Los Angeles, CA 90212


Axos Bank
4350 La Jolla Village Drive Suite 140
San Diego, CA 92122


Craig Calman
1324 S Westlake Avenue #5
Los Angeles, CA 90005


Erik Kitter
9454 Wilshire Bl. Penthouse Suite
Los Angeles, CA 90212


John Watts
1324 S Westlake Avenue #8
Los Angeles, CA 90005


Jonathan Smith
1324 S Westlake Avenue #7
Los Angeles, CA 90005


Mark Stokes
9454 Wilshire Bl. Penthouse Suite
Los Angeles, CA 90212


Nathaniel Gardner
9454 Wilshire Bl. Penthouse Suite
Los Angeles, CA 90212

Nick Hartstein
1324 S Westlake Avenue #10
Los Angeles, CA 90005


Small Business Administration
312 N. Spring Street
Los Angeles, CA 90012